## SMITH v. CANFIELD.

Interest on the debt, suspended by an *audita querela,* is not recoverable on the bond given for prosecution of the *audita,* etc.

ACTION of debt on a bond of recognizance, entered into before Daniel Sherman, Esq. chief judge of the County Court, upon an *audita querela,* taken out by Timothy St. John against said Smith; praying to be relieved against three executions. In which *audita querela* judgment was against said St. John, and for said Smith to recover cost £10 6s. 9d.

Plea in bar — That said St. John had paid all said executions to Sheriff Lord, and had also paid the cost recovered on said *audita querela.*

The plaintiff replied and admitted said executions and cost on said *audita* to have been paid, but says the interest on said execution during the time said executions were delayed by said writ of *audita* had not been paid.    Demurrer.

Judgment — That the plaintiff's reply is insufficient; upon the principle that a bond upon a writ of error and on an *audita querela*, does not extend to the interest on the debt, for the time payment is delayed thereby.    See Lane v. Breed, New London September 1790.